**Form 3-1**

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 3**

| | |
|---|---|
| INTERPIPE UKRAINE LLC and<br>NORTH AMERICAN INTERPIPE, INC.,<br><br>                              Plaintiffs,<br><br>     v.<br><br>UNITED STATES,<br>                              Defendant. | **Ct. No. 21-00530**<br><br>**SUMMONS** |

**TO:** The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C § 1581(c) to contest the determination described below.



          **/s/ Mario Toscano**
          Clerk of the Court

---

1. Interpipe Ukraine LLC – a foreign exporter of seamless carbon and alloy steel standard, line, and pressure pipe ("SSLPP") from Ukraine –and North American Interpipe, Inc. – a U.S. importer of SSLPP from Ukraine – participated in the anti-dumping duty ("AD") investigation that is the subject of this action through submissions of factual information and argument, and are interested parties within the meaning of Section 771(9)(A) of the Tariff Act of 1930, *as amended*, 19 U.S.C. § 1677(9)(A), and have standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

   (Name and standing of plaintiff)

2. Interpipe Ukraine LLC and North American Interpipe, Inc. contest certain aspects of the final determination issued by the U.S. Department of Commerce, International Trade Administration ("ITA"), in its AD investigation of SSLPP from Ukraine, Case No. A-823-819.

   (Brief description of contested determination)

3.    July 2, 2021 (ITA AD Final Determination); August 23, 2021 (AD Order)
   (Date of determination)

**Form 3-1**

4. <u>July 2, 2021 (86 Fed. Reg. 35,272) (ITA AD Final Determination); August 23, 2021 (86 Fed. Reg. 47,055) (AD Order)</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

                          Respectfully submitted,

                          <u>/s/ H. Deen Kaplan</u>
                          H. Deen Kaplan
                          Jared R. Wessel
                          Craig A. Lewis
                          Maria A. Arboleda
                          Molly B. Newell
                          Gregory M.A. Hawkins

                          HOGAN LOVELLS US LLP
                          Columbia Square
                          555 Thirteenth Street, N.W. Washington, DC 20004-1109
                          (202) 637-5799
                          deen.kaplan@hoganlovells.com

                          *Counsel to Interpipe Ukraine LLC and North American Interpipe, Inc.*

Date: September 21, 2021