UNITED STATES COURT OF INTERNATIONAL TRADE
NEW YORK, NEW YORK

| | |
|---|---|
| INTERPIPE UKRAINE LLC and NORTH AMERICAN INTERPIPE, INC., | |
| Plaintiffs, | Court No. 21-00530 |
| v. | |
| UNITED STATES, | |
| Defendant, | |
| VALLOUREC STAR, LP, | |
| Defendant-Intervenor, and | |
| UNITED STATES STEEL CORPORATION, | |
| Defendant-Intervenor. | |

## **ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby:

**ORDERED** that the proceedings in this case are stayed pending the United States Court of

Appeals for the Federal Circuit's consideration of CAFC Court No. 21-2097, Borusan

Mannesmann Boru Sanayi ve Ticaret A.S. v. US (CIT Court No. 20-00015) ; and

1

**ORDERED** that the parties shall submit a briefing schedule to the Court 15 days after the

issuance of the Federal Circuit's mandate in Court No. 21-2097.

 

                                    _____

                                    Gary S. Katzmann, Judge
                                    U.S. Court of International Trade

Date: _____, 2022
           New York, New York