UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 8A

| |
|---|
| Interpipe Ukraine LLC and North American Interpipe, Inc.<br><br>                                    Plaintiff,<br><br>     v.<br><br>United States<br><br>                                    Defendant. |

Court No. 21-00530

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: 05/19/2023  _____

H. Deen Kaplan
_____
Attorney for Plaintiff
555 Thirteenth Street, NW
_____
Street Address
Washington, DC 20004
_____
City, State and Zip Code
(202) 637-5799
_____
Telephone No.

Eric J. Singley
_____
Attorney for Defendant
P.O. Box 480 Ben Franklin Station
_____
Street Address
Washington, DC 20044
_____
City, State and Zip Code
(202) 616-1273
_____
Telephone No.

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 21-00530 | Interpipe Ukraine LLC and North American Interpipe, Inc. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: May 19, 2023

                                        Clerk, U. S. Court of International Trade

                                        By: /s/      Geoffrey Goell
                                                  Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)

**Form 8A Stipulation of Dismissal**
**Ct. No. 21-00530**

| | |
|---|---|
| /s/ H. Deen Kaplan<br>H. Deen Kaplan<br>Hogan Lovells US LLP<br>Columbia Square Building<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>(202) 637-5799<br><br>*Counsel to Interpipe Ukraine LLC and North American Interpipe, Inc.*<br><br>/s/ Roger Brian Schagrin<br>Roger Brian Schagrin<br>Schagrin Associates<br>900 Seventh Street, NW<br>Suite 500<br>Washington, DC 20001<br>(202) 223-1700<br><br>*Counsel to Vallourec Star, L.P.*<br><br>/s/ Thomas Martin Beline<br>Thomas Martin Beline<br>Cassidy Levy Kent (USA) LLP<br>900 19th Street, NW<br>Suite 400<br>Washington, DC 20006<br>(202) 567-2316<br><br>*Counsel to United States Steel Corporation*<br><br>*Dated:  May 19, 2023* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br>/s/ Franklin E. White, Jr.<br>FRANKLIN E. WHITE, JR.<br>Assistant Director<br><br>/s/ Eric J. Singley<br>ERIC J. SINGLEY<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-1273<br>Email: eric.j.singley@usdoj.gov<br><br>OF COUNSEL:<br>ELIO GONZALEZ<br>Of Counsel<br>U.S. Department of Justice<br>Office of the Chief Counsel<br>for Trade Enforcement and Compliance<br>U.S. Department of Commerce<br>Washington, D.C.<br>Tel:  (202) 482-3765<br>Email: elio.gonzalez@trade.gov<br><br>*Attorneys for Defendant United States* |